LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHARLAIN SILVERA, | No.  EDCV 09-1935 JC |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($3,500.00) subject to the terms of the stipulation.

DATE:  September 3, 2010

                _____/s/_____
                HON. JACQUELINE CHOOLJIAN
                UNITED STATES MAGISTRATE JUDGE

-1-